EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Adolfo J. Vilá Alonso | 2006 TSPR 126 <br><br> 168 DPR ____ |

Número del Caso: TS-3953

Fecha: 21 de julio de 2006

Abogado de la Parte Peticionaria:

　　　　　　　　　　　　Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Adolfo J. Vilá Alonso                TS-3953

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de julio de 2006.

Examinada nuevamente la solicitud de readmisión al ejercicio de la abogacía presentada por el peticionario, a la luz de la información expuesta por el Colegio de Abogados y la comunicación del Presidente de la Comisión de Reputación para el Ejercicio de la Abogacía del 21 de junio de 2006, el Tribunal reconsidera su Resolución del 8 de febrero de 2006 y autoriza la reinstalación de Adolfo J. Vilá Alonso al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo